**Order entered January 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00663-CR
No. 05-18-00670-CR

**JONATHAN TYRONE MCKELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-81748-2017 & 380-80769-2017**

## ORDER

We **REINSTATE** these appeals.

Appellant's brief was initially due October 25, 2018. When no brief was filed, we abated for a hearing. On January 22, 2019, appellant's brief and a motion to extend time to file the same were filed.

Because the trial court has not yet held a hearing and in the interest of expediting these appeals, we **VACATE** our December 21, 2018 order to the extent it requires a hearing and findings. We **GRANT** appellant's motion and **ORDER** the brief received on January 22, 2019 filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Kristin Brown; and to the Collin County District Attorney.

The State's brief is due thirty days from the date of this order.

/s/     LANA MYERS
        JUSTICE